No. 2938. NOBLE, APELADO, *v.* TORRES ET AL., APELANTES.— Corte de Distrito de San Juan, Sección Primera. Resuelto en marzo 19, 1923. Otorgamiento de escritura. Moción del apelado para desestimar la apelación. Apareciendo que el apelante no ha radicado alegato a pesar de habérsele concedido una prórroga de 20 días a partir del 18 de enero del corriente año, ni ha practicado gestión alguna para justificar la omisión, se declara con lugar la moción, y se desestima la apelación.

EL PUEBLO, APELADO, *v.* QUIÑONES, APELANTE.—Corte de Distrito de San Juan, Distrito Segundo. Acometimiento y agresión. Resuelto en marzo 20, 1923. No habiendo el apelante radicado alegato, el tribunal resuelve en corte abierta desestimar la apelación.

No. 3009. MUNICIPIO DE RÍO GRANDE, APELANTE, *v.* GONZÁLEZ, APELADO.—Corte de Distrito de San Juan, Distrito Segundo. *Injunction.* Resuelto en marzo 20, 1923. Apareciendo que el escrito de apelación en este caso fué radicado en enero 30, 1923 y en marzo 3, 1923 aún no había el apelante presentado la exposición del caso ni solicitado prórroga para ello sin que tampoco haya archivado la transcripción en esta Corte Suprema, se declara con lugar la moción presentada y se desestima la apelación.